UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS APONTE-SOBRADO, Plaintiff | CIVIL DOCKET NO. 1:20-CV-0878-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| UNITED STATES OF AMERICA, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after a *de novo* review of the record, including the Objection filed by Plaintiff (ECF No. 12), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Complaint (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers, this 28th day of September, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE